■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT TAYLOR. (B) THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL MORRELL.— [In each action] Motion to dismiss appeal granted. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ MEADOW BROOK NATIONAL BANK v. SIDNEY MILLER.— Motion for a stay granted on the conditions set forth in the order to show cause dated January 14, 1963 and on the further condition that appellant procures the record on appeal and appellant's points to be served and filed on or before February 21, 1963 with notice of argument for March 5, 1963, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ MERCEDES LOPEZ, as Administratrix of the Estate of ANGELO RODRI-GUEZ, Deceased, v. FREDERICK ZINS.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 2, 1963, with notice of argument for the May 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ BANK FOR SAVINGS OF THE CITY OF NEW YORK v. RAYMOND LESSER. — Motion for leave to appeal as a poor person denied. That branch of the motion requesting an extension of time within which to perfect said appeal is granted on condition that appellant procures the record on appeal and appellant's points to be served and filed on or before March 5, 1963, with notice of argument for the April 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Commitment of IRIS REBECCA LEWIS. In the Matter of the Commitment of SUSAN SILVERGLAD.— Motion to consolidate appeals granted insofar as to allow appellant to have the appeals heard in one appeal book, without duplication of printing. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ ANTONIO F. ANNUNZIATA et al. v. WILLIAM ZANINELLI et al.— Motion to consolidate appeals granted insofar as to allow appellants to have the appeals heard in one appeal book, without duplication of printing, upon condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before March 7, 1963, with notice of argument for March 19, 1963, said appeals to be argued or submitted when reached. Motion to dismiss appeals granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before March 7, 1963, with notice of argument for March 19, 1963, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ GEOGRAPHIA MAP CO., INC. v. MORRIS GOLDSTEIN.— Motion for a stay denied. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ GLORIA KNAPP v. ARTHUR A. KNAPP.— Motion to dismiss appeal granted, with $10 costs unless the appellant procures his appellant's points to be served and filed on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.